**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **GTG HOLDINGS, INC.,** | ) | |
| | ) | |
| **Plaintiff and Counterclaim Defendant,** | ) | |
| | ) | **CIVIL ACTION NO. 3:13-CV-03107-M** |
| **v.** | ) | |
| | ) | |
| **AMVENSYS CAPITAL GROUP, LLC and ACG TELECOM, LLC,** | ) | |
| | ) | |
| **Defendants and Counterclaim Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KEVIN MORAN,** | ) | |
| | ) | |
| **Counterclaim Defendant and Counterclaim Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **AMVENSYS CAPITAL GROUP, LLC,** | ) | |
| | ) | |
| **Counterclaim Defendant.** | ) | |

## INITIAL DISCLOSURES OF COUNTERDEFENDANT AND COUNTERCLAIM PLAINTIFF KEVIN MORAN

Pursuant to Fed. R. Civ. P. 26(a)(1) and the Report Regarding Contents of Scheduling Order filed December 3, 2013, Counterclaim Defendant and Counterclaim Plaintiff Kevin Moran ("Moran") hereby makes his Initial Disclosures:

1. The name and, if known, the address and telephone number of each individual likely to have discoverable information--along with the subjects of that information--that Moran

may use to support his claims or defenses, unless the use would be solely for impeachment, are as follows:

a. Counterclaim Defendant and Counterclaim Plaintiff Kevin Moran who may be contacted through counsel of record. Moran is knowledgeable about his minimal role (or lack thereof) in the discussions for the merger of Voicecom and Amvensys, his role in the operational review of Voicecom, the Separation Agreement effective November 8, 2012, between Moran and Voicecom, LLC and guaranteed by Amvensys (hereinafter the "Separation Agreement") including without limitation, its negotiation, the guarantee obligations for Amvensys, payments due and breaches thereunder, his overall executive responsibility relating to all accounts for Voicecom pre and post-merger, and his lack of knowledge regarding AT&T's alleged development of IVR capability and/or replacement or reduction of services from Voicecom.

b. Z. Ed Lateef, CEO
Jon Taylor, CFO
Karen Dawson-Davis, Director of Human Resources,
Susan Do, Esq., Corporate Counsel
Amvensys Capitol Group, LLC
1330 Capital Parkway
Carrollton, TX 75006

Mr. Lateef and Mr. Taylor have knowledge about the merger negotiations on behalf of Amvensys and their due diligence efforts and obligations, and should be knowledgeable about Moran's limited role in the actual negotiations and involvement in operational review. Mr. Lateef, Ms. Dawson-Davis and Ms. Do are knowledgeable about issues with COBRA payments for Mr. Moran that arose in March of 2013, and presumably the termination of coverage in October of 2013.

c. Dave Tomizuka, formerly, Managing Director, Corporate Investment,
(currently with Integrate, 4900 N. Scottsdale Road, Suite 4000, Scottsdale, AZ 85251)
Phillip Linville, Analyst
Southwest Securites, FSB,
1201 Elm Street
Suite 3500
Dallas, Tx 75270
(214) 859-1800
(800) 973-7977

Assisted Amvensysis with due diligence in connection with the merger.

d. Paul Voorhies, Senior Vice-President, Corporate Banking
Amanda Cone, Vice-President, Corporate Banking
F&M Bank & Trust

Dallas, Texas

Bank representatives who negotiated funding for Amvensys and Voicecom, LLC in connection with the merger and knowledgeable about presentations in connection therewith.

e. James Gandy, Vice-President, Account Services,
Frank Paterno, Vice-President, Marketing
Keith Cummings, Vice-President, Finance,
Dan Mell, former CFO, last known phone number, 404-606-3392
Patricia Sturgeon, VP Operations
Voicecom, LLC, now Intelliverse.
5900 Windward Parkway, Suite 500
Atlanta, Ga 30005
888-468-3554

Voicecom, LLC executives familiar with the day-to-day interactions and account issues with AT&T and/or the financial projections, models or accounting relating to Voicecom, including the AT&T account, and the lack of knowledge until October, 2012, regarding AT&T's plans to limit and/or discontinue services from Voicecom, LLC.

f. Sean Gordon, President and CEO
Intelliverse (formerly Voicecom, LLC)
5900 Windward Parkway, Suite 500
Atlanta, Ga 30005
888-468-3554

Participated in meeting on early October, 2012, where AT&T's representative first informed Voicecom, LLC of AT&T's intention to cut back on services from Voicecom, LLC, and who commented, at the time, that the AT&T representative likely provided additional notice to Voicecom, LLC beyond that required by their agreement because of his personal relationship with the representative.

g. Scott Williamson,
AT&T Mobility (last known to be staffed in the Atlanta office, but specific office location unknown)

AT&T principal contact and day to day manager of Voicecom's account at the time Moran was involved with Voicecom, LLC.

2. A copy--or a description by category and location--of all documents, electronically stored information, and tangible things that the disclosing party has in its

possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment are as follows:

a. The documents included as Exhibits A- C to Moran's Answer and Counterclaim, including the Separation Agreement, effective November 8, 2012, and correspondence relating to obligations thereunder, in Moran's possession.

b. Correspondence and emails relating to COBRA payments for Moran, in Moran's possession.

c. Paid receipt for COBRA payment for November and December 2013, paid by Moran when he learned that COBRA had been terminated effective October 31, 2013, and the payment due amounts for January and beyond.

All documents are located in the offices of Moran's counsel in Atlanta, Georgia and copies will be made available upon request.

3. A computation of each category of damages claimed by Moran, who will make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:

a. Pursuant to the Guaranty provided by Amvensys, as set forth in Moran's Counterclaim, Moran is entitled to recover from Amvensys, the total accelerated balance of installment severance payments due and owing under the Separation Agreement in the total amount of $178,750.00, which are calculated at the rate of $13,750.00 per month for the 13 months remaining under the Separation Agreement, commencing on November 1, 2013, when the monthly payment due thereunder was not made, through the date that the last payment is due on November 1, 2014.

b. Moran is also entitled to recover the full amount of his COBRA premiums that, under the Separation Agreement were to be paid through May, 2014, and which Moran has now been forced to pay directly. To date, he has paid $3,039.14 for the period 11/1-12/31, and, if Voicecom, LLC continues in breach of the Separation Agreement, anticipates continuing monthly payments of approximately $1,519.37 for the remaining five months through May, 2014, for a total amount of $10,635.99.

c. Moran is also entitled to recover reasonable attorneys' fees and costs associated with this action, in accordance with the Separation Agreement, which continue to accrue. Copies of statements, redacted to remove any work product or

attorney/client privileged material will be provided at or prior to the close of discovery.

d. Moran would also be entitled to recover interest at the Georgia commercial rate of 18% per annum on the amounts due under the Separation Agreement, or, if not the commercial rate, then at least the legal rate for liquidated amounts.

4. Moran will produce a copy of the insurance agreements provided to Moran which have been provided to him, which may provide coverage to satisfy all or part of any possible judgment in the action and/or to indemnify or reimburse for payments made to satisfy the judgment.

Respectfully submitted this 20th day of December, 2013.

/s/Melissa S. Dillon
Georgia Bar No. 324030
Peter H. Strott, Esq.
Georgia Bar No. 689150
To Move for Admission Pro Hac Vice
pstrott@strottlawfirm.com
STROTT & TIFVERMAN, LLC
Suite 1500, Two Ravinia Drive
Atlanta, Georgia 30346
Ph: (404) 880-5504
Fax: (404) 239-1179

Robert H. Dawson, Jr.
Texas Bar No. 05605100
bdawson@cbylaw.com
Cokinos, Bosien & Young
105 Decker Court, Suite 800
Irving, Texas 75062
(817) 635-3616 (office)
(817) 635-3633 (fax)

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this document has been served via the Court's CM/ECF to counsel of record for GTG Holdings, Inc., Amvensys Capital Group, LLC and ACG Telecom, LLC, in accordance with the Federal Rules of Civil Procedure on December 20, 2013.

/s/Melissa S. Dillon______